**Order entered March 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01297-CR

**LARRY O'NEAL HALEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-72800-Q**

## ORDER

Before the Court is Larry O'Neal Haley's January 31, 2013 Motion for Extension of Time to File Appellant's Motion for Rehearing. We **GRANT** the motion. Any motion for rehearing shall be filed by Haley on or before 5:00 p.m. on March 24, 2013.

/s/     ROBERT M. FILLMORE
         JUSTICE